# Exhibit G

(MUSC Invoice for Mr. Reynolds' Records, dated 1/27/14)

# INVOICE



**Invoice #:** 26684383

**Inv. Date:** 1/27/2014
**Due Date:** 2/6/2014
**Terms:** Net 10

**GOODING & GOODING**

265 BARNWELL HWY
PO BOX 1000
ALLENDALE, SC 29810-1000

**Patient:** REYNOLDS JR, WILLIAM
**Account #:**
**Claim/File #:**

**Shipping:**
265 BARNWELL HWY
PO BOX 1000
ALLENDALE, SC 29810-1000

**Facility: MEDICAL UNIVERSITY OF SOUTH CAROLINA**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 33 | 33 | $0.00 | $0.00 |
| Basic Fee $15.00 | 1 | $15.00 | $15.00 |
| Copy Charge $0.65 Pgs 1-30 | 30 | $0.65 | $19.50 |
| Copy Charge $0.50 Pgs 31+ | 3 | $0.50 | $1.50 |

| | | |
|---|---|---|
| Product Total: | $36.00 | |
| Postage: | $2.12 | |
| State Tax: | | 6.00% |
| City/local Tax: | | 2.00% |
| Sales Tax: | $3.05 | (8.00%) |
| Grand Total: | $41.17 | |
| Credits/Payments: | $0.00 | |
| Amount Due: | $41.17 | |

**Please Note:** This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail, please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

Iod Incorporated TaxID No. 65-0765287
PO Box 19072, Green Bay WI, 54307-9072
Phone: 866-420-7455 Option 1 * Fax: 920-406-6537

Page 1 of 2



31600972_26684383

195

# INVOICE



## PAYMENT SHEET

## PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

iod incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | 26684383 |
| Requester: | GOODING & GOODING |
| Account #: | |
| Patient Name: | REYNOLDS JR, WILLIAM |
| Amount Due: | 41.17 |

Amount Paid $

Check No

To make an online payment, please go to payportal.iodincorporated.com

iod incorporated   TaxID No. 65-0765287
PO Box 19072, Green Bay WI, 54307-9072
Phone: 866-420-7455 Option 1 * Fax: 920-406-6537

