# Exhibit H

(MUSC Invoice for Mrs. Reynolds' Records, dated 2/5/14)

# INVOICE





**GOODING & GOODING**

265 BARNWELL HWY
PO BOX 1000
ALLENDALE, SC 29810-1000

Invoice #: 26780536

Inv. Date: 2/5/2014
Due Date: 2/15/2014
Terms: Net 10

Patient: REYNOLDS, ANGELA
Account #:
Claim/File #:

Shipping:
265 BARNWELL HWY
PO BOX 1000
ALLENDALE, SC 29810-1000

Facility: MEDICAL UNIVERSITY OF SOUTH CAROLINA

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 13 | 13 | $0.00 | $0.00 |
| Basic Fee $15.00 | 1 | $15.00 | $15.00 |
| Copy Charge $0.65 Pgs 1-30 | 13 | $0.65 | $8.45 |

| | | |
|---|---|---|
| Product Total: | $ 23.45 | |
| Postage: | $ 1.52 | |
| State Tax: | | 6.00% |
| City/local Tax: | | 2.00% |
| Sales Tax: | $ 2.00 | (8.00%) |
| Grand Total: | $ 26.97 | |
| Credits/Payments: | $ 0.00 | |
| **Amount Due:** | **$ 26.97** | |

**Please Note:** This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail, please include the payment sheet (page 2) with your check to ensure that your payment is properly applied.

iod incorporated  TaxID No. 65-0765287
P.O. Box 19072, Green Bay WI, 54307-9072
Phone: 866-420-7455 Option 1 * Fax: 920-406-6537

Page 1 of 2



31801059_26780536

166

# INVOICE



## PAYMENT SHEET

PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

iod incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | 26780536 |
| Requester: | GOODING & GOODING |
| Account #: | ▮▮▮▮▮ |
| Patient Name: | REYNOLDS, ANGELA |
| Amount Due: | 26.97 |

Amount Paid $

Check No.

To make an online payment, please go to payportal.iodincorporated.com

iod incorporated   TaxID No: 65-0765287
PO Box 19072, Green Bay WI, 54307-9072
Phone: 866-420-7455 Option 1 * Fax: 920-406-6537

